**Joey ROBERTS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 101447**

Missouri Court of Appeals,
Eastern District,
DIVISION THREE.

Filed: April 28, 2015

Amy M. Bartholow, 1000 W. Nifong, Building 7, Suite 100, Columbia, MO 65203, for appellant.

Chris Koster, Attorney General, Andrew C. Hooper, Asst. Attorney General, P.O. Box 899, Jefferson City, MO 65102-0899, for respondent.

4. Section 571.030.1.

5. Section 568.020.

6. Section 544.665.

Before Kurt S. Odenwald, P.J. and Robert G. Dowd, Jr. and Gary M. Gaertner, Jr., JJ.

### ORDER

PER CURIAM.

Joey Roberts appeals from the judgment denying his Rule 29.15 motion after an evidentiary hearing. We find the judgment is based on findings of fact that are not clearly erroneous. We affirm.

An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).